UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Orlando Division

FILED

2005 NOV 10 AM 10: 53

U.S. DISTRICT COURT
FLORIDA

## CIVIL RIGHTS COMPLAINT FORM

Ramsey Robert Harvey

7705 S US 1

Titusville Florida 32780

(Enter full name of each Plaintiff and prison number, if applicable)

CASE NUMBER: 6:05-cv-1680-ORL-28DAB
(To be supplied by Clerk's Office)

v.

Armor Correctional Health Services Inc.

1475 Lyons Road

Coconut FL. 33063

_____/

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Brevard County Detention Center
(Indicate the name and location)

860 Camp Road Cocoa FL, 32927

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (X)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

<u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

<u>EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES</u>:

<u>General Grievance</u>

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

<u>Other Grievance</u>

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

<u>Questions:</u>

A. <u>Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22</u> (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (X)

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No (X)

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No (X)

       b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.    <u>Informal Grievance</u> (Request for Interview)

    1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (X)

    2. If so, you must attach a copy of the grievance and response to this Complaint form.

C.    <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

    1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (X)

    2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

    3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (X)

    4. If so, you must attach a copy of the grievance and response to this Complaint form.

D.    <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

    1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (X)

    2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _7th_ day of _November_, 2005.

                                       Signature of Plaintiff

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes (X) No ( )

    If your answer is YES, answer the following questions.

    A. Is there a grievance procedure at your institution or jail? Yes (X) No ( )

    B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (X) No ( )

    C. If your answer is YES:

        1. What steps did you take? _I filled out a grievance after I had asked all the questions_

        2. What were the results? _no action taken at least not any that was possitive_

        3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

    D. If your answer is NO, explain why not: _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _7th_ day of _November_, 2_005_.

_____
Signature of Plaintiff

DC 225 (Rev. 12/02)

4

IV.  **PREVIOUS LAWSUITS:**

   A. Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?  Yes ( ) No (X)

   B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?  Yes ( ) No (X)

   C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): _____

      _____

      Defendant(s): _____

      _____

   2. Court (if federal court, name the district; if state court, name the county):

      _____

   3. Docket Number: _____

   4. Name of judge: _____

   5. Briefly describe the facts and basis of the lawsuit: _____

      _____

      _____

   6. Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?):

      _____

      _____

   7. Approximate filing date: _____

   8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been

dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

_____

_____

_____

_____

V. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Ransey Robert Harvey

Mailing address: 7705 S US 1
Titusville Fl. 32780

B. Additional Plaintiffs: _____

_____

In part C of this section, indicate the full name of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Armor Corr. Health Ser. Inc.

Mailing Address: 1475 Lyons Road
Coconut Creek, Fl. 33063

Position: Health Services

Employed at: Brevard County Detention Center

D. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

E. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

F. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

G. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

VI. <u>STATEMENT OF CLAIM</u>: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

The Defendant did knowingly place me in a small cell on the floor with upto as many as 8 other inmates, all of whom were infected with STAFF INFECTION (not me at the time) thus causing great mental anguise on me, for apr. 2 weeks and putting me in physical harms way.

VII. <u>STATEMENT OF FACTS</u>: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

On October 21, 2005 Per. Dr. Byrds orders I Ramsey R. Harvey was placed in confinment with several other inmates all of whom had staff (DUE TO AN OUTBREAK HERE) Time upon time I complained verbaly and finally I filled out a grievance (C.O. Brown even said I had a legitament complaint) Taken by C/O Brown (see attached forms) while I was still in confinment also C/O Attwood on October 31, 2005 made

DC 225 (Rev. 12/02)        8

Statement of Facts, continued:

a statement to me in front of the other inmates the only reason I wasstill in confinment was because he is being a DICK to medical. Unquote also They gave me antibiottics I did not need and I was STARTED ON HIGH BlOOD presure meds. That made my chest hurt so I would not take them. I was in the infected cells From 10-21-05 untill 11-3-05 thus placing me in savere harms way of an infectouse desease and caused me savere mental anquish.

VIII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I would like the court to compensate me in a monatary form of One Hundred Thousand Dollars ($100,000.00.00 and an apollegdy from Armor Medical Services. (mostly an uneducated guess) or what Ever the courts deam justafiable

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this ___7___ day of __November__, 2_005_.

_Roosey Harvey_

(Signatures of all Plaintiffs)