**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

RANSEY ROBERT HARVEY,

          Plaintiff,

-vs-                                       Case No. 6:05-cv-1680-Orl-28DAB

ARMOR CORRECTIONAL HEALTH
SERVICES, INC.,

          Defendant.
_____

## ORDER OF DISMISSAL

On November 15, 2005, the Court ordered Plaintiff to file a written statement outlining all of the steps that he took to exhaust his administrative remedies, along with a copy of all applicable documents (Doc. No. 4). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this ___1st___ day of December, 2005.

                                                   JOHN ANTOON II
                                                   UNITED STATES DISTRICT JUDGE

Copies to:
pslc 12/1
Ramsey Robert Harvey